■ ELSIE ROSENKRANZ, Respondent, v. CITY OF NEW YORK, Appellant.— Motion by plaintiff for leave to appeal to this court from an order of the Appellate Term of the Supreme Court which reversed an order of the City Court of the City of New York. Motion denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ HAROLD SCHNEIDER, Respondent, v. VOL-AIR, INC., et al., Appellants.— Motion by appellants to stay so much of an order, pending appeal, as requires them to serve their answer within 10 days, denied. Appellants' time to serve the answer is extended until 10 days after entry of the order hereon. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ MARGARET A. RUSSELL, Appellant, v. TAMARA ROYAL JELLY PRODUCTS, LTD., Respondent.— Motion by plaintiff for leave to appeal to this court from an order of the Appellate Term of the Supreme Court which affirmed a judgment of the Municipal Court of the City of New York. Motion denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ SAM ALHANTE et al., Respondents, v. HARTLEY LORD et al., Appellants.— On the call of the calendar, appeal dismissed. There was no appearance for appellants and appellants failed to comply with an order of this court, dated January 30, 1962, requiring them to perfect their appeal for the May 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ JOHN BARDUA et al., Respondents, v. DAVID H. ARNO et al., Defendants, and DONALD G. BARDUA, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated May 14, 1962, requiring him to perfect his appeal for the September 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ WILLIAM R. CAMERINO, Respondent, v. JACK HAYES et al., Appellants.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ MICHAEL KAMEN, Appellant, v. UNITED PRESS INTERNATIONAL, INC., Respondent.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ HARRY L. NELKIN et al., Respondents, v. TOWN OF OYSTER BAY et al., Appellants.— Motion by respondents to dismiss appeal granted, with $10 costs; appeal dismissed. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ EUGENIA CARBONERO, Respondent, v. JOSEPH CARBONERO, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated April 12, 1962, requiring him to perfect his appeal for the June 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ LOUIS FERAYORNI, Respondent, v. HARRY PARTRIDGE, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated July 11, 1962, requiring him to perfect his appeal for the September 1962 Term. The stay heretofore granted is vacated. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.